UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NEBIYO SOLOMON,

         Plaintiff,

   v.

VARGAS, et al.,

         Defendant(s).

Case No. 18-cv-05669-CRB (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On October 2, 2018, the post office returned the court's mail to plaintiff as undeliverable. ECF No. 4. Because more than 60 days have passed since the court's mail to plaintiff was returned as undeliverable, and the court has received no written communication from plaintiff indicating a current address, the case is DISMISSED without prejudice pursuant to Local Rule 3-11(b).

The clerk is instructed to close the file.

**IT IS SO ORDERED**.

Dated: December 4, 2018

_____
CHARLES R. BREYER
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NEBIYO SOLOMON,

          Plaintiff,

    v.

VARGAS, et al.,

          Defendants.

Case No. 3:18-cv-05669-CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 4, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nebiyo  Solomon ID: I.D. Not  Submitted
Napa County Jail
1125 Third Street
Napa, CA 94559

Dated: December 4, 2018

Susan Y. Soong
Clerk, United States District Court

By:_____
Lashanda Scott, Deputy Clerk to the
Honorable CHARLES R. BREYER